IN THE UNITED STATES DISTRICT COURT
FOR THE __Miami__ DISTRICT OF __Dade__
__County__ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED
2022 MAY 26 PM 2:41
DISTRICT COURT
DISTRICT OF FLORIDA
ORLANDO, FLORIDA

__Bagwan Mobley 2/0/55401__
__(SS# Social Security #1405)__
__Birth ~~~~~-1991__

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. __6:22-CV-942-RBD-DCI__
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
*(check one)*

-against-

__~~~~~ Kelly, M__
__Inmate-Knight Stephen__
__Inmate-Ruben Williams #210127541__

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Baqwan Mobley #
   All other names by which you have been known:
   social security # ▓▓▓▓-1405
   Birth: ▓▓▓▓/1991
   ID Number: 210155401
   Current Institution: P.T.D.C — MiAMi DADE Corr. Dept
   Address: 1321 NW 13 Street
   Miami, Florida 33125

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: ▓▓▓▓▓ Kelly, M
   Job or Title (if known): SerGent
   Shield Number:
   Employer: ▓▓▓▓▓ (MiAMi DADE. Corr. Dept
   Address: P.T.D.C, 1321 NW 13 Street
   Miami, Florida 33125)
   ☑ Individual capacity    ☑ Official capacity

   Defendant No. 2
   Name: Ruben Williams

Job or Title (if known): INMAte
Shield Number: #210127541
Employer: P.T.D.C. MiAMi DADE COrr DePt.
Address: 1321 NW 13 Street
Miami, Florida 33125

☑ Individual capacity   ☑ Official capacity

Defendant No. 3
Name: Knight StePhen
Job or Title (if known): INMAte
Shield Number: #
Employer:
Address: P.T.D.C. Miami DADE COrr. DePT
1321 NW 13 Street, MiAMi FLorida 33125

☑ Individual capacity   ☑ Official capacity

Defendant No. 4
Name: MIAMI-DADE. CORRECTIONS. ReHABILITION
Job or Title (if known): DePT, Pre-TRIAL. Detention. Center County JAIL (MDCR)
Shield Number:
Employer:
Address: P.T.D.C. MiAMi DADE COrr. DePT
1321 NW 13 Street, MiAMi FLoriDA 33125

☑ Individual capacity   ☑ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I was Assaulted By 2 Diffrant inmate To Diffrant incidents occured At 2 Diffrant times AND i Did Tell A sergent Befor all this happen. harm to my Life i was injured bad. I was set up By sergent. thats working in P.T.D.C miami DADE corr. Dept. set up By sergent Kelly.M.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I was set up No Help the sergent watch Never sprayed his OC mays watch inmate Knight beet me. AND The next month inmate Ruben williams beet me up As well all set up Be sergent Kelly.M AND HAD To go to Jackson Hospital To Diffrant times.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☑ Other *(explain)* STAte iNMAte STill hANDling my cASe.

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. First incideNt WAS with inmate kNight STePheN he PuNch ME iN my mouth The first time AND PuSh my Buck tooth Apart from my Gums happeN oN 9B3 UNit P.T.D.C MiAmi DADE COrr.DePT DAte JAN-3-2022.

2nd incident— FeB-22-2022 UNit:8A1. time 1402 Hours. with inmate RuBeN williams 210127541 were he PuNch me iN my mouth AND PuSh my tooth APart from my Gums. AND hAD to go BAck to the Hospital To get ANother SPLeNt metAL oN my teeth.

C. What date and approximate time did the events giving rise to your claim(s) occur?

2-22-2022 Hours 1402 \ 1-3-2022 Hours: APProximately-1734 these are To DiffraNt eveNts that happeN to me HAD to go to Hospital two DiffraNt times. Suffor PAiN.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I WAS AggrAvated Assaulted By DiffraNt inmAte oN to DiffraNt DAte incidents\situations occurred. oN the first incident DAte 1-3-2022 uNit 9B3 AggrAvated Assaulted By inmAte kNight STePheN

5

~~[scribbled out]~~ SeT up By SergeNt Kelly ~~[scribbled]~~. I told Him i WAS ScarD For my LiFe Because i hAD
UNIT
A Fight oN DAte JAN-2-2022 ~~9B3~~ To go BACK oN 9B3 AND NeeD P.C. AND that i might GeT hArM By ANoTher
iNMAte this all hAPPeN WAy BeFor the iNcideNt EveN hAPPeN i hAD A
LoNg RespectFull tAlk with ~~[scribbled]~~ SergeNt Kelly^M But thAt tAlk DiD NoT
work. He Dose NoT Follow The Rules oF DOCS UNiteD STAte oN Sergett Kelly^M took.
JAN-3-2022 HAD The TAlk To SToP me From GoiNg BACK oN 9B3 UNit Because oN JAN-2-2022 i HAD

### V. Injuries
A Fight with my roommAte oN 9B3 AND WAS PuT BACK oN 9B3 JAN-3-2022 To get ASSAulted
Set up.

If you sustained injuries related to the events alleged above, describe your injuries and state
what medical treatment, if any, you required and did or did not receive.

JAN-3-2022 Yes i WAS SeNt to J.M.H - JACKSoN HoSPital iN miAmi FLoriDA Were
I goT 10 STicHes iN my LiP AND my BucK tooth GoT PuSH APart From
my GuMS AND HAD To get PuSH BACK to my GuMS AND A SPLeNt meTAL
Was PuT oN my ToP 4 teeth to HolD my BucK tooth together
with the other teeth. AND am HurT Because Every times the ColD
AiR Hit my teeth Because i got meTAL oN my teeth AND the
PAiN hurtS BAD Still AND i hAve To EAt SoFt Diet FooD to
Keep my Teeth From FAllINg APArt. 3 meAlS Every DAy. AND DAte FeB-22-2022 I WAS
AggrAvAted ASSAulted AgiN By AN other iNMAte AFter coming ouT JacksoN Hospital i HAD To go BACK were my BucK To goT PuSH
OUT From my GuMS. AND HAD To get PuSH BACK To my GuMS I HAD To SuFFer From So much PAIN. ~~[scribbled]~~ TH

### VI. Relief ~~[scribbled out]~~

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any
cases or statutes. If requesting money damages, include the amounts of any actual damages
and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(Yes i Do request Money damages) 1,0000000 Because oF my PAiNS i HAD To SuFFor
A Big NeeDle iN my GuMS AND my LiP HAD To Be STich uP i took iN
the mirror every DAy AND i cry my MouTh is iN So much PAIN
my Buck tooth will FAll ouT my mouth my GuMS Still Hurt, Because
of the ColD AiR Hitting my GuMS AND teeth Do to the metal. i Will Let the
courtS give me How much moNey i ShoulD get Do To my meNtal Health. ~~[scribbled]~~

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action
shall be brought with respect to prison conditions under section 1983 of this title, or any other
Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such
administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be
dismissed if you have not exhausted your administrative remedies.

6

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I was Assaulted By 2 Diffrant inMate to Diffrant incidents occured At 2 Diffrant times AND i DiD Tell A Sergent BeFor all this happen. harm to my Life i Was inJured BAD. I was set up By Sergent. thats Working in P.T.D.C miami DADE corr. Dept. ~~[redacted]~~ set up By Sergent Kelly.M.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I WAS set up No Help the Sergent watch Never sprayed his OC Mays watch inMate Knight Beet me AND The next month inMate Ruben williams Beet me up As well all set up Be Sergent Kelly.M AND HAD To go to Jackson Hospital To Diffrant times. ~~[redacted]~~

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☒ Other *(explain)* STAte inmAte STill hANDling my cAse.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. First incident WAS with inmAte Knight STePheN he PuNcH ME iN my Mouth The First time AND PUSH my Buck to From APart From my Gums hAPPeN oN 9B3 uNit P.T.D.C MiAMi DADE Corr.DePT DAte JAN-3-2022.

2nd → iNcideNt— FeB-22-2022 uNit: 8AI. time 1402 Hours. with inmAte RuBeN williams 210127541 were he PuNcH me iN my mouth AND PUSH my tooth APart From my Gums. AND hAD To go BAcK To the Hospital To get A Nother SPLeNt MetAL on my teeth.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Hours: APProximately-1734
2-22-2022 Hours 1402 \ 1-3-2022 thease are To DiFFraNt eveNts thAt hAPPeN to Me HAD to go to Hospital Two DiFFraNt times. SuFFor PAiN.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I WAS AggrAvAted AssAulted By A DiFFraNt iNmAte oN to DiFFraNt DAte iNcideNts\situatioNs occurred. oN the First incideNt DAte 1-3-2022 uNit 9B3 AggrAvAted AssAulted By inmAte KNight-SteFheN

5

[handwritten insertion at top, crossed out text] SeT up By SergeNt Kelly. I told Him i WAS ScarD For my Life Because i hAD

[margin note: A Fight oN DAte JAN-2-2022 UNiT 9B3] To go Back oN 9B3 AND NeeD P.C. AND that i might GeT harm By ANother iNmAte this all hAPPeN WAY BeFor the incideNt EveN hAPPeN i hAD A LoNg RespectFull talk with SergeNt Kelly "M" But that talk DiD NoT Work. He Dose NoT Follow The Rules oF DOCS UNiteD STAte oF SergeNt Kelly "M" took.

### V. Injuries

[handwritten: JAN-3-2022 HAD The TAlK To SToP me From GoiNg BACK oN 9B3 UNit Because oN JAN-2-2022 i HAD A Fight With my roommAte oN 9B3 AND WAS PUT BACK oN 9B3 JAN-3-2022 To get ASSAUlted]

If you sustained injuries related to the events alleged above, describe your injuries and state [handwritten: Set up.] what medical treatment, if any, you required and did or did not receive.

[handwritten: JAN-3-2022] Yes i WAS SeNt to J.M.H-JACKSoN HosPital iN miami FLoriDA Were I got 10 STiches iN my LiP AND my Buck tooth goT PUSH APart From my GUMS AND HAD To get PUSH BACK to my GUMS AND A SPLeNt meTaL WAS PUT oN my ToP 4 teeth to HolD my Buck tooth together with the other teeth. AND am Hurt Because EVery times the CoLD AiR Hit my teeth Because i got meTAL oN my teeth AND the PAiN hurts BAD STill AND i have To Eat SoFt Diet FooD to Keep my Teeth From Falling APart. 3 meals EVery DAY. AND DAte FeB-22-2022 I WAS AggrAvated AssAulted Agin By ANother iNmAte AFter coming ouT JacksoN HosPital i HAD To go BAcK Were my Buck To got PUSH OUT From my GUMS. AND HAD To get PUSH BACK To my GUMS i hAD To SuFFor From so much PAiN.

### VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

[handwritten: (Yes i Do request Money damages) 1,0000000 Because oF My PAiNs i HAD To SuFFor A Big NeeDle iN My GUMS AND my LiP HAD To Be STich up i Look iN the mirror every DAY AND i cry my moMth is iN so much PAiN my Buck tooth will FAll ouT my mouth my GUMS STill Hurt, Because oF the CoLD AiR HiTTing my GUMS AND teeth Do to the metal. i Will Let the CourtS give me How MucH MoNey i shoulD geT Do To My meNtAl HeAlth.]

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Pre-trial-Detention-center Miami DADE Corr. Dept

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

N/A

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Pre-trial-Detention-center miami DADE CORR Dept

2. What did you claim in your grievance?

   i told what happen For both incidents when i got Aggravated Assaulted By 2 diffrant inmate.

3. What was the result, if any?

   10 calendar days of when incident occurred, i was in Jackson Hospital At A time AND when i came Back i had to wait for a New Location that took days then ones i put in Grievance i was Denied. Took to Long Do to waiting on New Unit. Location.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   yes i Did Appeal AND Do to calendar days the same processed i Did AND all Grievance are all handle By (MDCR) AND (IMP).

8

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    N/A i DiD PuT oNe iN, A GrieVance

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

JAN,13,2022  I spoke With sergent M.R. Kelly w/ay beFor any of this HAPPen all oF this could oF GoT tooking care oF iF i w/ould oF Been PuT iN (I.P.C) But some times iN LiFe you GoT BAD PeoPle thAt Don't PlAy By Rules.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

       Plaintiff(s) _____

       Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

       _____

    3. Docket or index number

       _____

    4. Name of Judge assigned to your case

       _____

    5. Approximate date of filing lawsuit

       _____

    6. Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

11

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

### IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-23-, 2022

Signature of Plaintiff   *Baqwan Mobley*
Printed Name of Plaintiff   Baqwan Mobley
Prison Identification # 21015540I
Prison Address Pre-trial-Detention-center Miami Dade Corr. Dept
1321 NW-13 street → Miami     Florida     33125
                    City         State       Zip Code

#### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney   _____
Printed Name of Attorney _____
Bar Number              _____
Name of Law Firm        _____

12

Address            _____
Telephone Number   _____
E-mail Address     _____

13